IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| 6064 NOA, LLC d/b/a 64 NORTH, THE PATIO, AERO, THE CORNER, and THE SOCIAL; 4654 NOA, LLC d/b/a THE BEACHAM; and CELINE ORLANDO, LLC d/b/a CELINE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ORLANDO and POLICE CHIEF ERIC SMITH in his official capacity,<br><br>Defendants. | Case No.: 6:24-cv-01665-WWB-EJK<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SELECTION OF MEDIATOR

Plaintiff hereby files this Notice of Selection of Mediator pursuant to the Court's Order (DE 29). The parties have jointly selected Judge Gregory P. Holder to mediate this matter.

Dated: March 31, 2025

**VARNELL & WARWICK, P.A.**

/s/ Jeffrey L. Newsome
Jeffrey L. Newsome: 1018667
Brian W. Warwick; FBN: 0605573
Janet R. Varnell; FBN: 0071072
Christopher J. Brochu: 1013897
Pamela Levinson, 538345
400 N. Ashley Dr., Ste. 1900
Tampa, FL 33602
Telephone: (352) 753-8600
Facsimile: (352) 504-3301

*bwarwick@vandwlaw.com*
*jvarnell@vandwlaw.com*
*jnewsome@ vandwlaw.com*
*cbrochu@vandwlaw.com*
*plevinson@vandwlaw.com*
*ckoerner@vandwlaw.com*

**CENTER FOR CONSTITUTIONAL LITIGATION, PC**

Robert S. Peck (DC Bar 419312)*
1901 Connecticut Avenue, NW, Suite 1101
Washington, DC 20009
202-944-2874
robert.peck@cclfirm.com
* *pro hac vice forthcoming*

***Attorneys for Plaintiffs***

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jeffrey L. Newsome
Jeffrey L. Newsome